DATE: November 3, 2004

BEFORE: GERSHON, U.S.D.J.  TIME: 11:30 a.m.

CRIMINAL CAUSE FOR VIOLATION OF SUPERVISED RELEASE
CR 98-572(NG)

**DEFT NAME:** DAVID PILLAR
   __X__ present     ____ not present     ____ cust.     __X__ bail

**DEFENSE COUNSEL:** Benjamin Brafman
   __X__ present     ____ not present     ____ CJA     __X__ RET.     ____ LAS

**A.U.S.A.:** Daniel Alonso    CLERK: Victor Joe    C.R: Burt Sultzer
USPO: Luis Caso

__X__ CASE CALLED.    ____ DEFT(S) _____ APPEAR WITH COUNSEL.

____ COUNSEL PRESENT WITHOUT DEFT(S) _____.

____ REVOCATION HRG ADJ'D TO _____.

____ REVOCATION HRG HELD.    ____ HRG CONT'D TO _____.

____ DEFT ADVISED OF RIGHTS AND ENTERS A PLEA OF:
____ GUILTY    ____ NOT GUILTY    TO CHARGES OF VIOLATION.

____ COURT FINDS DEFT    ____ GUILTY    ____ NOT GUILTY.

____ JUDGMENT REVOKING TERMS & CONDITIONS OF PROB./S.R.

____ SENTENCING SET FOR _____.    ____ SENTENCING HELD.

____ DEFT REMANDED TO CUSTODY OF U.S. MARSHAL.

SENTENCE TEXT: Probation office withdraws violation. Defendant shall increase restitution from $3000.00 a month to $4500.00 a month. Parties agreed to a disposition without a hearing.

OTHER: